## Marie R. Callan, Plaintiff-Appellant, v. John W. Callan, Defendant-Appellee.

**Gen. No. 10,806.**

Second District.

April 6, 1955.

Released for publication April 26, 1955.

Joseph M. Skeffington, and Edward Hladis, for plaintiff-appellant; Walter Bard Carroll, and Gordon Moffett, for defendant-appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.